IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00969-BNB

TERRY BLEVINS,

    Plaintiff,

v.

LARRY REID, Warden, CSP,
JOHN DOE #1 "TOM M.," Chairperson, Ad Seg Hearing,
JUDY LINDSEY, Initiating Employee, and
CATHY SLACK, Administrative Head/Director,

    Defendants.

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on April 20, 2007, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on April 20, 2007.

DATED at Denver, Colorado, this 2 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00969-BNB

Terry Blevins
Prisoner No. 111164
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  5-3-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk