IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00969-MSK-CBS

TERRY BLEVINS,

    Plaintiff,

v.

LARRY REID, Warden CSP,
JOHN DOE #1 "TOM M.," Chairperson, Ad Seg Hearing,
JUDY LINDSEY, Initiating Employee, and
CATHY SLACK, Administrative Head/Director,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2007

GREGORY C. LANGHAM
CLERK

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 11th day of May, 2007

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00969-MSK-CBS

Darryl Martin
Prisoner No. 111164
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Larry Reid, John Doe "Tom M.", Judy Lindsey, and Cathy Slack -  WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Larry Reid, John Doe "Tom M.", Judy Lindsey, and Cathy Slack; and to John Suthers: AMENDED COMPLAINT FILED 08/07/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/14/07.

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                          Deputy Clerk