**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  06-cv-00969-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  August 23, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

TERRY BLEVINS,                                          Pro se, via telephone

      **Plaintiff,**

v.

LARRY REID, Warden, CSP, *et al.,*                     Jess A. Dance

      **Defendants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        10:02 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:     The Motion to Amend Complaint [filed August 17, 2007; doc. 70] is granted for**
**the reasons stated on the record.  Plaintiff shall file his Second Amended**
**Complaint by September 7, 2007.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE**
**SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off:  **December 24, 2007.**

Dispositive Motions deadline:  **January 25, 2008.**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served
**no later than November 21, 2007**.

HEARING CONCLUDED.
**Court in recess:        10:48 a.m.**
Total time in court:     00:46