IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00969-MSK-CBS

TERRY BLEVINS,

      Plaintiff,

v.

LARRY REID, Warden, CSP,
JUDY LINDSEY, Initiative Employee, and
CATHY SLACK, Administrative Head/Director,
TOM MISEL, Chairperson Ad Seg Hearing,
LT. BARR, Gang Coordinator,
JOHN DOE #1 Offender Services,
JOHN DOE #2, Mental Health,
JOHN DOE #3, Chairperson, Pru-Unit Hearing,
JANE DOE #1, Unknown, Programs Mgr. Pro-Unit, and
JANE DOE #2, Unknown,

      Defendants.

## ORDER DENYING MOTION, AS MOOT

THIS MATTER comes before the Court on a motion to dismiss claims in the Amended Complaint filed by Defendants Larry Reid and Judy Lindsey **(#56)**. The Plaintiff subsequently filed a Second Amended Complaint, which these Defendants have also moved to dismiss **(#80)**.

**IT IS THEREFORE ORDERED** that the motion to dismiss claims in the Amended Complaint **(#56)** is **DENIED**, as moot.

Dated this 22nd day of October, 2007

                                          **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge