# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-00969-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 10, 2007 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| TERRY BLEVINS, | Pro se, via telephone |
| **Plaintiff,** | |
| v. | |
| LARRY REID, Warden, CSP, *et al.*, | Jess A. Dance |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 9:03 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

**ORDERED:** Plaintiff may not file further amended complaints in this action without filing a motion for leave to amend the complaint. The Second Amended Prisoner Complaint [filed October 22, 2007; doc. 90] is accepted for filing on this date and is now the operative complaint in this case.

**ORDERED:** The Motion to Reveal John Doe #1 [filed July 26, 2007; doc. 62] is denied as moot for the reasons stated on the record.

**ORDERED:** The Motion for Protective and Stay of Discovery [filed October 12, 2007; doc. 83] is granted. All discovery related to defendants Reid and Lindsey is hereby stayed.

**ORDERED:** The Motion for an Order Compelling Discovery [filed October 16, 2007; doc. 86] is denied without prejudice for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess:** 9:29 a.m.
Total In-Court Time: 00:26