IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00969-MSK-CBS

TERRY BLEVINS,
    Plaintiff,
v.

LARRY REID, Warden CSP,
JUDY LINDSEY, Initiating Employee,
CATHY SLACK, Admin. Head/Director,
TOM MISEL, Chairperson Ad-Seg Hearing,
LT. BARR, Gang Coordinator,
JOHN DOE # 1, Offender Services,
MR. DAVIDSON, Mental Health,
MR. MARTINEZ, Committee Chairperson Pro-Unit Hearing,
MS. GAIL, Programs Mgr. Pro-Unit,
JANE DOE # 1, Unknown,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE OF SECOND AMENDED COMPLAINT

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for service of the Second Amended Complaint (doc. # 99). Pursuant to the Order of Reference dated May 30, 2007 (doc. # 47), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . . ." On May 24, 2006, the court granted Mr. Blevins leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

ORDERED that, as appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants named in the Second Amended Complaint (doc. # 99).[1] If the Clerk is unable to obtain a waiver of service, the United States Marshal

---

[1] Mr. Blevins acknowledges that John Doe # 1 has been identified as Tom Misel. (*See* Courtroom Minutes/Minute Order (doc. # 98)).

shall serve a copy of the Second Amended Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process on them, the Defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 10th day of December, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00969-MSK-CBS

Terry Blevins
Prisoner No. 111164
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Tom Misel, Lt. Barr, Mr. Davidson,
Mr. Martinez, and Ms. Gail, - **WAIVER***
Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Cathy Slack

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Cathy Slack; to Cathie Holst for service of process on Tom Misel, Lt. Barr, Mr. Davidson, Mr. Martinez, and Ms. Gail; and to John Suthers: SECOND AMENDED COMPLAINT FILED 12/10/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/13/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk