IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 06-cv-00969-MSK-KMT

TERRY BLEVINS,

    Plaintiff,

v.

LARRY REID, Warden CSP,
JUDY LINDSEY, Initiating Employee,
CATHY SLACK, Admin. Head/Director,
TOM MISEL, Chairperson Ad-Seg Hearing,
LT. BARR, Gang Coordinator,
JOHN DOE #1, Offender Services,
MR. DAVIDSON, Mental Health,
MR. MARTINEZ, Committee Chairperson Pro-unit Hearing,
MS. GAIL, Programs Mgr. Pro-Unit,
JANE DOE #1, Unknown,

    Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Plaintiff's "Motion Seeking Court Order for CSP to Give Phone Calls A Month" (#127, filed April 22, 2008) is DENIED. The court declines to interfere in the day-to-day activities of prison administration.

Dated: April 28, 2008