IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00969-MJW-KMT


TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Entered by Magistrate Judge Michael J. Watanabe**


      This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on August 8, 2008, by Judge Krieger (Docket No. 159) and was assigned to Magistrate Judge Michael J. Watanabe on August 8, 2008 (Docket No. 160).

      Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P.72(a) and (b), **IT IS HEREBY ORDERED** that Magistrate Judge Tafoya is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

      **IT IS FURTHER ORDERED** that the **Order of Reference to Magistrate Judge and Letter to Counsel**, entered by Judge Krieger on May 30, 2007, is **VACATED**.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the following Case manager/Prisoner Coordinator for the Pro Se Plaintiff to continue to receive manual mailings in this case until further order of Court.

TO THE CASE MANAGER/PRISONER COORDINATOR OF:
Terry Blevins
#111164
Centennial Correctional Facility (CCF)
P.O. Box 600

Canon City, CO 81215-0600

DATED THIS 12th DAY OF AUGUST, 2008

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge