IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00969-MJW-KMT**

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

---

# MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for Reconsideration (Docket No. 144) is denied, finding no basis in law or in fact for such relief. It is further

**ORDERED** that the plaintiff's Motion for an Order Compelling Discovery (Docket No. 147) is denied without prejudice based upon defendants' response (Docket No. 150), including defense counsel's representation that defendants Reid, Lindsey, Misel, Slack, and Barr will respond to plaintiff's interrogatories (See Docket No. 150 at 3, ¶ 7). It is further

**ORDERED** that plaintiff's Motion for Appointment of Counsel (Docket No. 151) is denied without prejudice. Appointment of counsel for an indigent inmate under 28 U.S.C. § 1915(d) is within the sound discretion of the court. See Bee v. Utah State Prison, 823 F.2d 397, 399 (10th Cir. 1987). When deciding whether to appoint counsel "the district court should consider a variety of factors, including the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the legal issues raised by the claims." Loftin v. Dalessandri, 2001 WL 20731 (10th Cir. Jan. 9, 2001) (quoting Long v. Shillinger, 927 F.2d 525, 527 (10th Cir. 1991)). Having considered the current record in this case, the court finds that, even assuming the plaintiff has a colorable claim, he currently appears to be able to present his case adequately. The factual and legal issues raised are not so numerous or complex that the plaintiff is unable to present his case adequately at this stage of the litigation. It is further

**ORDERED** that the Unopposed Motion to Vacate Final Pretrial Conference and Set Scheduling Conference (Docket No. 155) is granted. The Final Pretrial Conference

set before Magistrate Judge Kathleen M. Tafoya on **September 9, 2008, is VACATED**. A Rule 16 Scheduling/Planning Conference shall be held on **September 18, 2008, at 9:00 a.m.** before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed revised Scheduling Order to U.S. Magistrate Judge Watanabe five (5) business days prior to the Scheduling Conference date. **The Pro Se Plaintiff shall participate at this conference by telephone conference call, and the Plaintiff's case manager/prisoner coordinator shall make the appropriate arrangements to ensure his availability at this conference. The Court's telephone number is (303) 844-2403.**

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

Date: August 13, 2008