IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00969-MJW-KMT**

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that defendants' Motion for Extension of Two Discovery Deadlines (Docket No. 181) is granted, and thus defendants shall have up to and including November 13, 2008, to respond to plaintiff's written discovery requests and to serve discovery requests on plaintiff. No further extensions will be granted. It is thus further

**ORDERED** that plaintiff's Motion for an Order Compelling Discovery (Docket No. 179) and Motion for Order Compelling Discovery (Docket No. 180) are denied without prejudice as moot. Plaintiff's request for sanctions is denied. It is further

**ORDERED** that on or before November 13, 2008, defendants shall file a response to plaintiff's Rule 15(c) Motion to Amend Complaint (Docket No. 176).

Date: November 4, 2008