IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00969-MJW-KMT**

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that defendants' Motion for Leave to Take the Deposition of Plaintiff, a Person Confined in Prison (Docket No. 191), is granted in part and denied in part. The motion is granted to the extent that the defendants may depose the incarcerated plaintiff. The motion is denied to the extent that defendants may not depose plaintiff this week without plaintiff's consent. Defendants have not shown that they have given the requisite notice to the plaintiff with regard to a deposition this week. It is, however, further

     **ORDERED** that the discovery deadline of December 5, 2008, is extended to December 19, 2008, for the limited purpose of allowing the defendants to depose the incarcerated plaintiff after proper notice.

Date: December 3, 2008