IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00969-MJW-KMT

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -4 2008

GREGORY C. LANGHAM
                    CLERK

---

## ORDER DIRECTING SERVICE UPON DEFENDANT LEONARD VIGIL

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

The court has granted plaintiff's motion to amend his "2nd Amend Prisoner Complaint" (Docket No. 99) such that John Doe #1 is now Leonard Vigil. That pleading lists John Doe #1's address as Offender Services, 57500 E. Hwy 50, P.O. Box 777, Canon City, CO 81215. Based upon this information it is hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Leonard Vigil. If unable to do so, the United States Marshal shall serve a copy of the 2nd Amended Prisoner Complaint and summons upon defendant Leonard Vigil at the address provided above. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Leonard Vigil or his counsel shall respond to the 2nd Amended Prisoner Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: December 4, 2008
      Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00969-MJW-KMT

Terry Blevins
Prisoner No. 111164
Centennial Corr. Facility
PO Box 600
Cañon City, CO 81215- 0600

Leonard Vigil - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

William V. Allen
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Leonard Vigil: SECOND AMENDED COMPLAINT FILED 12/10/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/4/08.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk