IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00969-MJW-KMT**

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Defendants' Motion to Vacate Final Pretrial Conference (docket no. 220) is DENIED. The court will address all issues concerning the Plaintiff not responding to discovery; not following court orders; his failure to participate in preparing the Final Pretrial Order; and, his failure to prosecute his claims at the Final Pretrial Conference set on March 25, 2009, at 8:30 a.m.

Date:  March 23, 2009