IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00969-MJW-KMT

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that plaintiff's Motion for Court Ordered Legal Supplies (Docket No. 225) is denied. Plaintiff asks the court in that motion to direct his parole officer to go to plaintiff's residence to obtain legal papers for plaintiff and to direct Mesa County Detention Facility to provide plaintiff with additional writing supplies. Mesa County Detention Facility, officials at that facility, and plaintiff's parole officer, however, are not defendants to this action. Furthermore, even if they were defendants, plaintiff has established no basis for a court order directing someone to retrieve personal property for plaintiff or directing that plaintiff be given special supplies privileges beyond what is provided by the facility's regulations or policy. See Harrison v. Bent County Correctional Facility, 2001 WL 1637728, *2 (10th Cir. Dec. 21, 2001) ("Although there is some responsibility to provide an inmate with the incidentals necessary to pursue legal action, reasonable restrictions based upon budgetary concerns are acceptable. . . . This would include reasonable limits on amounts 'advanced' to inmates for copying and postage. . . . At some point, the institution may limit the amount of advances to an inmate to preserve funds and encourage inmate responsibility without denying access to the courts.").

Date: April 6, 2009