IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00969-MJW-KMT**

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for an Order Compelling Discovery (docket no. 188) and the Pro Se Incarcerated Plaintiff's Motion for an Order Compelling Discovery (docket no. 189) are both GRANTED. The Defendants shall provide discovery responses to the written discovery as outlined in both of these motions on or before May 15, 2009 to the Pro Se Incarcerated Plaintiff. The Defendants have failed to file any timely response to either motion and this court deems both motions confessed.

Date:  April 17, 2009