IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00969-MJW-KMT**

TERRY BLEVINS,

Plaintiff,

v.

LARRY REID, Warden, CSP, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that defendants' Motion to Reconsider Discovery Order (Docket No. 238) is **granted**.  The court has reconsidered this court's Minute Order of April 17, 2009 (Docket No. 235), and based upon the information provided in defendants' motion for reconsideration (Docket No. 238) finds that the defendants have responded to the plaintiff's discovery requests.  Accordingly, it is hereby

**ORDERED** that this court's Minute Order dated April 17, 2009 (Docket No. 235), is **vacated**.  It is further

**ORDERED** that plaintiff's Motions for an Order Compelling Discovery (Docket Nos. 188 and 189) are **denied**.  It is thus further

**ORDERED** that plaintiff's Motion for an Order To Compelling Discovery (Docket No. 252) is **denied**.

Date: June 9, 2009