IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00969-MJW-KMT

TERRY BLEVINS,

    Plaintiff,

v.

LARRY REID, et al.,

    Defendants.

ORDER (Docket No. 278)

THIS MATTER comes before the Court on a Stipulation of Dismissal With Prejudice filed by the parties pursuant to Fed.R.Civ.P. 41(a)(1).

The Court, having reviewed this matter and being sufficiently apprised in the premises, hereby approves of said Stipulation and Orders that this matter be and hereby is dismissed with prejudice, each party to pay their own attorney fees and costs.

DATE: February 18, 2010

U.S. Magistrate Judge Michael J. Watanabe